**FILED**

PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

DEC 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:05CR00533-01 |
| ) | |
| Djuan DEAN ) | |
| ) | |

On February 17, 2006, the above-named was placed on supervised release for a period of 36 months. On October 24, 2006, this office was notified by Mr. Steve Flynn, the releasee's attorney, that Djuan Dean was killed on October 22, 2006 (attached is a copy of the notification). It is accordingly recommended that this case be closed.

Respectfully submitted,

*/s/ Kris Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated:      December 7, 2006
            Sacramento, California
            KMM:jz

**REVIEWED BY:**   _____
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

**Re:   Djuan DEAN**
**Docket Number:   2:05CR00533-01**
**ORDER TERMINATING TERM OF SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

### ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

12-8-06
Date

Garland E. Burrell, Jr.
United States District Judge

Attachment:   Notification
cc:   United States Attorney's Office
    FLU Unit - AUSA's Office
    Fiscal Clerk, Clerk's Office
    Restitution Accounts - Victims